# DESIGNATION OF A BANKRUPTCY JUDGE
# TO PRESIDE OVER A CHAPTER 9 CASE

In re: Craig County Hospital Authority | Case No. 15-10277
(Chapter 9)

Pursuant to the provision of 11 U.S.C. Section 921(b), and the request of the United States Bankruptcy Court for the Northern District of Oklahoma, Bankruptcy Judge Terrence L. Michael is designated to hear and decide the above referenced case, pending in the Bankruptcy Court for the Northern District of Oklahoma.

_February 27, 2015_
/Date

_Mary Beck Briscoe_
Mary Beck Briscoe, Chief Judge
United States Court of Appeals
for the Tenth Circuit