B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re  **Craig County Hospital Authority**   Case No. **15-10277**
Debtor(s)   Chapter **9**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AMERICAN RED CROSS: P.O. BOX 730040 DALLAS, TX 75373-0040 | AMERICAN RED CROSS: P.O. BOX 730040 DALLAS, TX 75373-0040 | Product or Services | | 20,551.22 |
| ARTHREX PO BOX 403511 ATLANTA, GA 30384-3511 | ARTHREX PO BOX 403511 ATLANTA, GA 30384-3511 | Product or Services | | 29,889.12 |
| BASIC MRI MEDICAL SY 1410 RACHAEL LANE WATERLOO, IL 62298 | BASIC MRI MEDICAL SY 1410 RACHAEL LANE WATERLOO, IL 62298 | Product or Services | | 20,606.00 |
| BEN E. KEITH CO. P.O. BOX 8170 FORT WORTH, TX 76101 | BEN E. KEITH CO. P.O. BOX 8170 FORT WORTH, TX 76101 | Product or Services | | 13,684.42 |
| BRACCO DIAGNOSTICS I 259 PROSPECT PLAINS RD BUILDING H CHARLOTTE, NC 28290-2411 | BRACCO DIAGNOSTICS I 259 PROSPECT PLAINS RD BUILDING H CHARLOTTE, NC 28290-2411 | Product or Services | | 20,204.88 |
| EIDE BAILLY, LLP 1601 N.W. EXPRESSWAY SUITE 1900 OKLAHOMA CITY, OK 73118 | EIDE BAILLY, LLP 1601 N.W. EXPRESSWAY SUITE 1900 OKLAHOMA CITY, OK 73118 | Product or Services | | 11,881.00 |
| LABORATORY SUPPLY CO P.O. BOX 9289 DALLAS, TX 75267 | LABORATORY SUPPLY CO P.O. BOX 9289 DALLAS, TX 75267 | Product or Services | | 31,610.37 |
| LOGAN & LOWRY, LLP P.O. BOX 558 VINITA, OK 74301 | LOGAN & LOWRY, LLP P.O. BOX 558 VINITA, OK 74301 | Product or Services | | 18,971.41 |
| MCINTOSH SERVICES, I PO BOX 472208 TULSA, OK 74147-2208 | MCINTOSH SERVICES, I PO BOX 472208 TULSA, OK 74147-2208 | Product or Services | | 273,617.93 |
| MEDHOST OF TENNESSEE 2739 MOMENTON PLACE CHICAGO, IL 60689-5327 | MEDHOST OF TENNESSEE 2739 MOMENTON PLACE CHICAGO, IL 60689-5327 | Product or Services | | 73,691.06 |
| NEO ORTHOPEDICS & RE 1505 E STEVE OWENS BLVD MIAMI, OK 74355-0168 | NEO ORTHOPEDICS & RE 1505 E STEVE OWENS BLVD MIAMI, OK 74355-0168 | Product or Services | | 174,226.06 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Craig County Hospital Authority**                                                        Case No.  **15-10277**
                                                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **OLYMPUS FINANCIAL SE**<br>P.O. BOX 200183<br>PITTSBURGH, PA<br>15251-0183 | **OLYMPUS FINANCIAL SE**<br>P.O. BOX 200183<br>PITTSBURGH, PA 15251-0183 | Product or Services | | 14,794.35 |
| **OWENS & MINOR 425160**<br>PO BOX 841420<br>DALLAS, TX 75284-1420 | **OWENS & MINOR 425160**<br>PO BOX 841420<br>DALLAS, TX 75284-1420 | Product or Services | | 25,727.76 |
| **REGIONAL MEDICAL LAB**<br>ATTN:  BUSINESS OFFICE<br>1923 SOUTH UTICA<br>TULSA, OK 74145 | **REGIONAL MEDICAL LAB**<br>ATTN:  BUSINESS OFFICE<br>1923 SOUTH UTICA<br>TULSA, OK 74145 | Product or Services | | 87,765.25 |
| **RESPIRONICS**<br>P.O. BOX 640817<br>ATLANTA, GA 30384-5740 | **RESPIRONICS**<br>P.O. BOX 640817<br>ATLANTA, GA 30384-5740 | Product or Services | | 15,066.93 |
| **SAINT FRANCIS HOSPIT**<br>SLEEP DISORDERS<br>6600 S. YALE AVE., SUTIE<br>TULSA, OK 74136 | **SAINT FRANCIS HOSPIT**<br>SLEEP DISORDERS<br>6600 S. YALE AVE., SUTIE<br>TULSA, OK 74136 | Product or Services | | 15,150.00 |
| **TAG CONSULTING**<br>3541 CHAIN BRIDGE ROAD,<br>SUITE 106<br>FAIRFAX, VA 22030 | **TAG CONSULTING**<br>3541 CHAIN BRIDGE ROAD,<br>SUITE 106<br>FAIRFAX, VA 22030 | Product or Services | | 13,043.87 |
| **TOSHIBA AMERICA Medical**<br>POB 91605<br>CHICAGO, IL 60693 | **TOSHIBA AMERICA Medical**<br>POB 91605<br>CHICAGO, IL 60693 | Product or Services | | 25,893.21 |
| **U.S. FOODSERVICE, IN**<br>P.O. BO 14698<br>DALLAS, TX 75397-3118 | **U.S. FOODSERVICE, IN**<br>P.O. BO 14698<br>DALLAS, TX 75397-3118 | Product or Services | | 12,154.13 |
| **WERFEN USA, LLC**<br>PO BOX 347934<br>PITTSBURG, PA 15251-4934 | **WERFEN USA, LLC**<br>PO BOX 347934<br>PITTSBURG, PA 15251-4934 | Product or Services | | 29,571.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the County Hospital Trust named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March  2, 2015**                                    Signature  **/s/ Herb Crum**
                                                                                        **Herb Crum**
                                                                                        **CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.