IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Mar 02, 2015

IN RE:

CRAIG COUNTY HOSPITAL AUTHORITY,

Case No. 15-10277-M
Chapter 9

Debtor.

NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 9,
NOTICE OF AUTOMATIC STAY, NOTICE OF TIME FOR FILING
OBJECTIONS TO THE PETITION, PROCEDURE FOR ENTRY OF ORDER
FOR RELIEF, FILING PROOFS OF CLAIM AND RELATED ORDERS
COMBINED WITH NOTICE THEREOF

TO: The Debtor, Creditors, Special Taxpayers and Other Parties in Interest

A petition having been filed by Craig County Hospital Authority ("Debtor") under Chapter 9 of the United States Bankruptcy Code,

IT IS HEREBY ORDERED that the Debtor shall give immediate notice of the following to all parties in interest and shall publish notice of the commencement of the case required by 11 U.S.C. § 923 and shall file with the Court proofs of publication not later than ten (10) days after the last publication.

IT IS FURTHER ORDERED that the last publication of the notice of commencement and notice of the order of relief shall be not less than fourteen (14) days prior to the last day to file objections to the petition.

IT IS FURTHER ORDERED that the Debtor shall file with the Court proof of service by mail at least three (3) business days before the last date for filing objections to the petition.

IT IS FURTHER ORDERED that all publications required pursuant to 11 U.S.C. § 923 shall be made in the *Vinita Daily Journal* and the *Tulsa World*.

IT IS FURTHER ORDERED and notice is hereby given of:

1. **Notice of commencement of a case under Chapter 9.** A case under Chapter 9 of the Bankruptcy Code was commenced by the filing of a petition by the Debtor named above on February 25, 2015.

2. **Notice of automatic stay.** The filing of the petition operates as a stay applicable to all entities of the commencement or continuation, including the issuance or employment of process, of

a judicial, administrative, or other action or proceeding against an office or inhabitant of the Debtor that seeks to enforce a claim against the Debtor, and the enforcement of a lien on or arising out of taxes or assessments owed to the Debtor, and certain other acts and proceedings against the Debtor and its property as provided in 11 U.S.C. § 362 and § 922.

3. **Notice of time for filing objections to the petition.** Objections to the petition may be filed by a party in interest not later than forty-five (45) days after the mailing of this notice by the Debtor to all creditors, special taxpayers, and other parties in interest. 11 U.S.C. § 921(c). Objections shall be filed with the Clerk, U.S. Bankruptcy Court for the Northern District of Oklahoma, 224 South Boulder Avenue, Room 105, Tulsa, Oklahoma, 74103. All objections shall state the facts and legal authorities in support of such objections. If any timely objections are filed with the Court, the Court will order the objecting party to give proper notice to all parties in interest of the hearing on the objections. After notice by the objecting party and a hearing, the Court may dismiss the petition, subject to 11 U.S.C. § 921(e), if the Debtor did not file the petition in good faith or if the petition does not meet the requirements of Chapter 9 Title 11, United States Code.

4. **Order for relief**. Pursuant to 11 U.S.C. § 921(d), and notwithstanding 11 U.S.C. § 301(b), if the petition is not dismissed the Court will enter a separate order of relief under Chapter 9 of Title 11, United States Code.

5. **Notice of time for filing Proofs of Claim.** The Debtor will file a list of claims. Any creditor holding a listed claim which is not listed as disputed, contingent, or unliquidated as to amount, may, but need not, file a proof of claim in this case. Creditors whose claims are not listed or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proofs of claim on or before a date to be fixed by the Court by separate order. Any creditor who desires to rely on the list has the responsibility for determining that the claim is accurately listed.

6. **Notices.** All notices required by subdivisions (a)(2), (3) or (6) of Rule 2002, Fed. Bankr. P. shall be mailed only to the committee(s) or to their authorized agents and to the creditors who file with the Court a request that all notices be mailed to them.

` 7. **Attorneys for Debtor.** The names and addresses of the attorneys for the Debtor are as follows:

**[BALANCE OF PAGE INTENTIONALLY LEFT BLANK – SEE NEXT PAGE FOR NAMES AND ADDRESSES OF ATTORNEYS]**

Mark A. Craige
Michael R. Pacewicz
CROWE & DUNLEVY
A Professional Corporation
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
(918) 592-9800
(918) 592-9801 (Facsimile)
mark.craige@crowedunlevy.com
michael.pacewicz@crowedunlevy.com

Dated this 2nd day of March, 2015.

TERRENCE L. MICHAEL, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

6858.1